1  JAMES E. THOMPSON, Bar No. 041598
   DANIEL M. FUCHS, Bar No. 179033
2  BEST BEST & KRIEGER LLP
   400 Capitol Mall, Suite 1650
3  Sacramento, CA 95814
   Telephone: (916) 325-4000
4  Telecopier: (916) 325-4010
   E-Mail: james.thompson@bbklaw.com
5  E-Mail: daniel.fuchs@bbklaw.com

6  Attorneys for Plaintiff
   WESTLANDS WATER DISTRICT
7

8

9                   UNITED STATES DISTRICT COURT

10                        EASTERN DISTRICT

11                        FRESNO DIVISION

12

| 13  WESTLANDS WATER DISTRICT, a California Water District, | Case No. CIV-F-03-5747-OWW/LJO<br>Judge: Hon. Oliver W. Wanger |
|---|---|
| 14 | |
| 15              Plaintiff, | ORDER GRANTING EX PARTE APPLICATION FOR ORDER EXTENDING TIME TO FILE DISPOSITIONAL DOCUMENTS |
| 16       v. | |
| 17  ZURICH AMERICAN INSURANCE COMPANY, | [Filed Concurrently with: |
| 18              Defendant. | 1.   Ex Parte Application and |
| 19 | 2.   Declaration of Daniel M. Fuchs.] |
| 20      And all Related Actions | |

21

22

23

24

25

26

27

28

                                              [PROPOSED] ORDER
                                              Case No. CIV-F-03-5747-OWW/LJO

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

Upon review of the Ex Parte Application filed by Westland Water District ("Plaintiff"), the Memorandum of Points and Authorities and supporting Declaration filed concurrently therewith, and all other papers filed in support of and in opposition to said Ex Parte Application, and upon considering the arguments of counsel at the hearing, and good cause appearing to the satisfaction of the Court:

Plaintiff's Ex Parte Application is hereby GRANTED.

Plaintiff shall file dispositional documents by March 1, 2007.

IT IS SO ORDERED.

Dated: 2/16/07                                 /s/ Oliver W. Wanger

                                               Honorable Oliver W. Wanger
                                               Judge of the United States District Court

LAW OFFICES OF
BEST BEST & KRIEGER LLP
3750 UNIVERSITY AVENUE
P.O. BOX 1028
RIVERSIDE, CALIFORNIA 92502

PDF created with pdfFactory trial version www.pdffactory.com