STEVEN P. RICE (BAR NO. 094321)
VAN-DZUNG NGUYEN (BAR NO. 222832)
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Attorneys for Defendant and Third-Party Plaintiff
ZURICH AMERICAN INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WESTLANDS WATER DISTRICT, a California water district,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>ZURICH AMERICAN INSURANCE COMPANY, et al.,<br><br>　　　　　Defendants.<br><br>AND RELATED ACTIONS | CASE NO.: CIV-F-03-5747 OWW LJO<br><br>The Honorable Oliver W. Wanger<br>Department 2<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION**<br><br>Date Action Filed: June 4, 2004 |

WHEREAS, plaintiff Westlands Water District and defendant and third-party plaintiff Zurich American Insurance Company ("Zurich") have reached a settlement of the issues raised by the Complaint, and desire the Complaint to be dismissed with prejudice; and

WHEREAS, Zurich, third-party defendant and third-party plaintiff Allianz Underwriters Insurance Company f/k/a Allianz Underwriters, Inc. ("Allianz"), and third-party defendants Association of California Water Agencies Joint Powers Insurance Authority, Insurance Company of the State of Pennsylvania, Transcontinental Insurance Company, and Century Indemnity Company, as successor in interest to Cigna Specialty Insurance Company, f/k/a California Union Insurance Company, do not wish that the Third-Party Complaints be pursued and desire all Third-Party Complaints to be dismissed without prejudice;

THE PARTIES, THROUGH THEIR RESPECTIVE COUNSEL OF RECORD, AND

PDF created with pdfFactory trial version www.pdffactory.com

SUBJECT TO APPROVAL OF THIS COURT, STIPULATE AS FOLLOWS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(2):

1. The Complaint shall be dismissed with prejudice;
2. The Third-Party Complaint of Zurich shall be dismissed without prejudice;
3. The Third-Party Complaint of Allianz shall be dismissed without prejudice;
4. All parties shall bear their own attorney's fees and costs in connection with this action; and
5. This stipulation effects a disposition of this entire action.

DATED: February 23, 2007          BEST BEST & KRIEGER LLP

                                      /s/ Daniel M. Fuchs
                                  James E. Thompson
                                  Daniel M. Fuchs
                                  Attorneys for Plaintiff
                                  WESTLANDS WATER DISTRICT

DATED: February 27, 2007          CROWELL & MORING LLP

                                      /s/ Steven P. Rice
                                  STEVEN P. RICE
                                  Attorneys for Defendant and Third-Party Plaintiff
                                  ZURICH AMERICAN INSURANCE COMPANY

*[Signatures continued on next page]*

DATED: December 6, 2006          MURTAUGH MEYER NELSON
                                  TREGLIA LLP

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |   |   |
|---|---|---|---|
| 1 | | | _____/s/  Charles R. Diaz_____ |
| 2 | | | Roger E. Marken |
| 3 | | | Charles R. Diaz<br>Attorneys for Third-Party Defendant |
| 4 | | | and Third Party Plaintiff<br>ALLIANZ UNDERWRITERS INSURANCE |
| 5 | | | COMPANY f/k/a ALLIANZ UNDERWRITERS, INC. |
| 6 | DATED: | November 17, 2006 | LOSSING & ELSTON |
| 7 | | | |
| 8 | | | _____/s/  Lawrence G. Lossing_____<br>Lawrence G. Lossing |
| 9 | | | Attorneys for Third-Party Defendant<br>ASSOCIATION OF CALIFORNIA WATER |
| 10 | | | AGENCIES JOINT POWERS INSURANCE AUTHORITY |
| 11 | DATED: | December 5, 2006 | BERMAN & AIWASIAN |
| 12 | | | |
| 13 | | | _____/s/  Deborah A. Aiwasian_____ |
| 14 | | | Deborah A. Aiwasian<br>Attorneys for Third-Party Defendant |
| 15 | | | CENTURY INDEMNITY COMPANY, as successor in interest to CIGNA SPECIALTY |
| 16 | | | INSURANCE COMPANY, f/k/a CALIFORNIA UNION INSURANCE COMPANY |
| 17 | DATED: | December 5, 2006 | LYNBERG & WATKINS |
| 18 | | | |
| 19 | | | _____/s/  David K. Morrison_____<br>David K. Morrison |
| 20 | | | R. Jeff Carlisle<br>Attorneys for Third-Party Defendant |
| 21 | | | INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA |
| 22 | DATED: | December 5, 2006 | SELVIN WRAITH & HALMAN LLP |
| 23 | | | |
| 24 | | | _____/s/  Susan F. Halman_____<br>Susan F. Halman |
| 25 | | | Attorneys for Third-Party Defendant<br>TRANSCONTINENTAL INSURANCE |
| 26 | | | COMPANY |
| 27 | | | |
| 28 | IT IS SO ORDERED. | | |

3

STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION
CASE NO. CIV-F-03-5747 OWW LJO

PDF created with pdfFactory trial version www.pdffactory.com

1

2  DATED: February 27, 2007            _/s/ OLIVER W. WANGER_____
                                       THE HONORABLE OLIVER W. WANGER
3                                      United States District Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

STIPULATION AND ORDER FOR DISMISSAL OF ENTIRE ACTION
CASE NO. CIV-F-03-5747 OWW LJO

PDF created with pdfFactory trial version www.pdffactory.com